1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00056 MCE
11
                      Plaintiff,          STIPULATION TO CONTINUE JUDGMENT AND
12                                        SENTECING HEARING; ORDER
              v.
13
   NICHOL LOMACK,
14
                      Defendant.
15

16
                                  **STIPULATION**
17
        Plaintiff United States of America, by and through its counsel of record, and defendant Nichol
18
   Lomack, by and through her counsel of record, hereby stipulate as follows:
19
        1.    By previous order, this matter was set for a judgment and sentencing hearing on
20
   December 4, 2014.
21
        2.    By this stipulation, the parties jointly move the Court to continue the judgment and
22
   sentencing hearing to March 26, 2015, which is after the next status hearing in the related case *United*
23
   *States v. Lewis*, 2:14-cr-0045 MCE.
24
        3.    Because the defendant stands convicted of healthcare fraud, 18 U.S.C. § 1347, the
25
   provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the
26
   continuance of the date for judgment and sentencing.
27

28

   Stipulation for Continuance of Judgment and       1
   Sentencing

1    IT IS SO STIPULATED.

2    DATED: November 19, 2014                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Todd A. Pickles*
4                                                 TODD A. PICKLES
                                                  Assistant United States Attorney

                                                  For the UNITED STATES OF AMERICA


7    DATED: November 19, 2014                    */s/ Todd A. Pickles for*
8                                                 MARTIN TEJADA, ESQ.

9                                                 For defendant NICHOL LOMACK


## O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to March 26, 2015 at 9:00 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

DATED:  November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT