BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00056 MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTECING HEARING; ORDER |
| v. | |
| NICHOL LOMACK, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Nichol Lomack, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on March 26, 2015.

2. By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to July 23, 2015, which is after the next status hearing in the related case *United States v. Lewis*, 2:14-cr-0045 MCE.

3. Because the defendant stands convicted of healthcare fraud, 18 U.S.C. § 1347, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the continuance of the date for judgment and sentencing.

IT IS SO STIPULATED.

DATED: March 23, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: March 23, 2015

*/s/ Todd A. Pickles for*
MARTIN TEJADA, ESQ.

For defendant NICHOL LOMACK

## O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to July 23, 2015 at 9:00 a.m.  The dates for submission of all informal and formal objections and sentencing memoranda are reset based on the new hearing date.

IT IS SO ORDERED.

Dated:  March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT