1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00056 MCE
11
                    Plaintiff,            STIPULATION TO CONTINUE JUDGMENT AND
12                                        SENTECING HEARING; ORDER
              v.
13
   NICHOL LOMACK,
14
                    Defendant.
15

16
                                    **STIPULATION**
17
        Plaintiff United States of America, by and through its counsel of record, and defendant Nichol
18
   Lomack, by and through her counsel of record, hereby stipulate as follows:
19
        1.      By previous order, this matter was set for a judgment and sentencing hearing on
20
   November 12, 2015.
21
        2.      By this stipulation, the parties jointly move the Court to continue the judgment and
22
   sentencing hearing to September 1, 2016, which is after the trial in the related case *United States v.*
23
   *Lewis*, 2:14-cr-0045 MCE.
24
        3.      Because the defendant stands convicted of healthcare fraud, 18 U.S.C. § 1347, the
25
   provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the
26
   continuance of the date for judgment and sentencing.
27

28

   Stipulation for Continuance of Judgment and         1
   Sentencing

IT IS SO STIPULATED.

DATED: November 10, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: November 10, 2015

*/s/ Todd A. Pickles for*
MARTIN TEJADA, ESQ.

For defendant NICHOL LOMACK

## ORDER

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to September 1, 2016 at 9:00 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

IT IS SO ORDERED.

Dated: November 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT