1    PHILLIP A. TALBERT
     Acting United States Attorney
2    TODD A. PICKLES
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA  95814
4    Telephone:  (916) 554-2700
     Facsimile:  (916) 554-2900
5
     Attorneys for Plaintiff
6    United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO. 2:14-CR-00056 MCE

                            Plaintiff,        STIPULATION TO CONTINUE JUDGMENT AND
12                                            SENTECING HEARING; ORDER

                     v.
13
     NICHOL LOMACK,
14
                            Defendant.
15

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant Nichol

19   Lomack, by and through her counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for a judgment and sentencing hearing on

21   September 1, 2016.

22        2.    By this stipulation, the parties jointly move the Court to continue the judgment and

23   sentencing hearing to October 13, 2016.

24        3.    Because the defendant stands convicted of healthcare fraud, 18 U.S.C. § 1347, the

25   provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation and the

26   continuance of the date for judgment and sentencing.

27

28

     Stipulation for Continuance of Judgment and        1
     Sentencing

1        IT IS SO STIPULATED.

2   DATED: August 30, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
3
                                              /s/ Todd A. Pickles
4                                             TODD A. PICKLES
                                              Assistant United States Attorney
5
                                              For the UNITED STATES OF AMERICA
6

7

8   DATED: August 30, 2016                    /s/ Todd A. Pickles for
                                              MARTIN TEJEDA, ESQ.
9
                                              For defendant NICHOL LOMACK
10

11
                                     **ORDER**
12

13          For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby

14   ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be

15   continued to October 13, 2016, at 10:00 a.m.  The dates for submission of all informal and formal

16   objections and sentencing memoranda shall be reset based on the new hearing date.  No further

17   continuances will be permitted.

18          IT IS SO ORDERED.

19   Dated:  September 7, 2016

20

21                                            _____
                                              MORRISON C. ENGLAND, JR
22                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation for Continuance of Judgment and        2
Sentencing